UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD H. GONZALES,<br><br>            Petitioner,<br><br>     v.<br><br>JOSEPH WOODRING,<br><br>            Respondent. | CASE NO. CV 08-2289-CAS (PJW)<br><br>ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED AND WHY GOVERNMENT COUNSEL SHOULD NOT BE HELD IN CONTEMPT OF COURT |

    In April 2008, Petitioner filed this action seeking a writ of habeas corpus. Petitioner argued that he should be released from custody and placed in a half-way house before completing 90% of his sentence and that the governing regulation, requiring that he could not be released until after serving 90% of his sentence (28 C.F.R. § 570.21), be declared invalid.

    In May 2008, the Court ordered the government to respond by June 30, 2008. June 30 came and went without a response from the government. The Court then instructed its clerk to contact the Assistant United States Attorney on July 30, 2008, to find out where the government's response was. Despite that courtesy, government counsel did not respond. Similar efforts were made on August 14, 2008, August 27, 2008, November 4, 2008, and November 13, 2008. None

of these efforts could convince government counsel to file a response. On November 14, 2008, government counsel filed a request for an extension of time to file a response. The Court granted the government's request, giving the government until December 26, 2008, to file a response. That day came and went without a response. Following the government's failure to file its response in December 2008, the Court's staff made additional informal efforts to pry a response out of the government, to no avail.

   The Court is convinced that the government does not care about this case or its outcome. As such, unless the Court receives a brief from the government by Friday, April 24, 2009, it will enter a default, granting the Petition and finding 28 C.F.R. § 570.21 invalid.

   The only issue that remains for the Court to decide is the appropriate sanction for government counsel. The Court asks government counsel for his assistance on this issue. The sanction--which will be a monetary one--should be enough to discourage him for acting in a similar manner in future cases and, at the same time, not too severe as to be tantamount to punishment. The Court sets the show cause hearing for Friday, April 24, 2009 at 12:00 p.m. Counsel is ordered to attend in person. (Petitioner may participate in the hearing by telephone if he wishes. If so, he should provide the clerk (213 894-8958) with a phone number no later than April 23, 2008.)

   IT IS SO ORDERED.

   DATED:   April 20, 2009

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Federal Habeas\GONZALES, R 2289\OSC.wpd