UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD H. GONZALES,<br><br>           Petitioner,<br><br>       v.<br><br>JOSEPH WOODRING,<br><br>           Respondent. | CASE NO. CV 08-2289-CAS (PJW)<br><br>ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED AS MOOT |

    In April 2008, Petitioner filed this action seeking a writ of habeas corpus. Petitioner argued that he should be released from custody and placed in a half-way house before completing 90% of his sentence and that the governing regulation, requiring that he could not be released until after serving 90% of his sentence (28 C.F.R. § 570.21), be declared invalid.

    In a motion to dismiss, filed April 23, 2009, the government provided a movement history for Petitioner indicating that he was released to a half-way house on September 2, 2008, to home confinement on September 18, 2008, and released from custody on February 26, 2009.

1  Therefore, having already obtained the relief requested, Petitioner is
2  ordered to show cause no later than **May 1, 2009**, why his Petition
3  should not be dismissed as moot.
4      IT IS SO ORDERED.
5      DATED:  April 24, 2009

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

28  S:\PJW\Cases-Federal Habeas\GONZALES, R 2289\OSC2.wpd