JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD H. GONZALES, | ) CASE NO. CV 08-2289-CAS (PJW) |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| JOSEPH WOODRING, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order filed herewith,

IT IS ADJUDGED that the action is dismissed.

DATED: May 15, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\judgment.wpd